JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SAM LAHOOTI,

　　　　　　Petitioner,

　　v.

KRISTI NOEM, et al.,

　　　　　　Respondents.

Case No. 2:26-cv-00171-SK

**JUDGMENT**

Pursuant to the Order Granting the Second Amended Habeas Petition, **IT IS ADJUDGED** that the petition under 28 U.S.C. § 2241 is granted and that petitioner Sam Lahooti is to be released from the custody of Immigration and Customs Enforcement immediately under conditions of supervision consistent with those set in his prior Order of Supervision.

DATED: March 5, 2026

_____

STEVE KIM
United States Magistrate Judge